Gregory J. Marshall (ASB #019886)
Joshua R. Zimmerman (ASB #025876)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
E-Mail: gmarshall@swlaw.com
E-Mail: jrzimmerman@swlaw.com

Attorneys for Defendant
Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THOMAS COLE OELTJENBRUNS, | Case No.:  2:17-cv-03249-JJT |
| Plaintiffs, | |
| vs. | JOINT STIPULATION TO ARBITRATE CLAIMS AND STAY ACTION |
| WELLS FARGO BANK, N.A., | |
| Defendant. | Action Filed: September 20, 2017<br>Trial Date:    None Set |

COME NOW Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiff Thomas Cole Oeltjenbruns ("Plaintiff") (collectively "Parties"), by and through their undersigned counsel, and hereby submit this Joint Stipulation to Arbitrate Claims and Stay Action pending the conclusion of arbitration, respectfully stating as follows:

1. Plaintiff commenced this action by filing a Complaint against Wells Fargo on or about September 20, 2017. *See* Doc. 1, Complaint.

2. The Parties have since agreed to arbitrate all claims in this case pursuant to the express terms of the deposit account agreement, out of which the subject of the Complaint filed in this matter arises.

3. The Parties, through their respective counsel of record, stipulate and agree to the terms as follows:

   a. The parties shall submit to binding non-judicial arbitration;
   b. The arbitration shall be conducted through American Arbitration Association ("AAA");
   c. That the case be stayed pending arbitration, and that each Party shall bear its own attorneys' fees and costs as to this federal court action;
   d. That Plaintiff will initiate arbitration with AAA according to the Rules set forth by the AAA for Consumer Arbitration
   e. In all other respects, both parties explicitly agree to arbitrate this dispute consistent with the rules of the dispute forum.

///
///
///

1  WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that this Court enter their proposed Order, which is being submitted contemporaneously with this Joint Stipulation to Arbitrate Claims and Stay Action.

DATED: November 28, 2017                SNELL & WILMER L.L.P.

                                               BY:    *s/ Joshua R. Zimmerman*
                                                         Joshua R. Zimmerman (#025876)
                                                         One Arizona Center
                                                         400 E. Van Buren, Suite 1900
                                                         Phoeniz, Arizona 85004-2202
                                                         Tel: (602) 382-6000
                                                         Fax: (602) 382-6070

*Attorneys for Defendant Wells Fargo Bank, N.A.*

DATED: November 28, 2017                LEMBERG LAW

                                               BY:    *s/ Trinette G. Kent (with permission)*
                                                         Trinette G. Kent
                                                         3219 East Camelback Road, #558
                                                         Phoenix, Arizona 85018
                                                         Tel: (480) 247-9644
                                                         Fax: (480) 717-4781

*Attorneys for Plaintiff Thomas Cole Oeltjenbruns*

4816-8962-0566\1

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of November, 2017, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing.

Trinette G. Kent, Esq.
Lemberg Law, LLC
3219 East Camelback Road, #588
Phoenix, Arizona 85018
*Attorneys for Plaintiff Thomas Cole Oeltjenbruns*


*s/ Emilie Husfelt*