# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Cole Oeltjenbruns,<br><br>   Plaintiff,<br><br>v.<br><br>Wells Fargo Bank NA,<br><br>   Defendant. | No. CV-17-03249-PHX-JJT<br><br>**ORDER** |

A Notice of Settlement (Doc. 23) having been filed,

IT IS ORDERED that this matter will be dismissed with prejudice 60 days after the docketing of this order unless the parties file a stipulation to dismiss prior to that date. The settlement constitutes an accord which has extinguished the underlying claim. All pending hearings and motions are deemed moot.

Dated this 28th day of September, 2018.

_____
Honorable John J. Tuchi
United States District Judge