TRINETTE G. KENT (State Bar No. 025180)
3219 E Camelback Road, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiffs,
Thomas Cole Oeltjenbruns

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Cole Oeltjenbruns,<br><br>    Plaintiff,<br><br>  vs.<br><br>Wells Fargo Bank, N.A.,<br><br>    Defendant. | Case No.: 2:17-cv-03249<br><br>**STIPULATION OF DISMISSAL** |

**STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed in its entirety with prejudice and with each side to bear his or its own attorneys' fees and costs.

| Plaintiff | Defendant |
|---|---|
| __/s/ Trinette G. Kent | __/s/ Joshua R. Zimmerman |
| TRINETTE G. KENT<br>Attorney for Plaintiff | JOSHUA R. ZIMMERMAN<br>Attorney for Defendant |